# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KEVIN JERMAINE RODGERS, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 17-cv-0870 (SRN/SER) <br><br><br> **ORDER** |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau [Doc. No. 3]. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner Rodgers' application for habeas corpus relief pursuant to 28 U.S.C. § 2241 [Doc. No. 1] IS DENIED without prejudice for lack of jurisdiction;

2. Petitioner Rodgers's application to proceed *in forma pauperis* [Doc. No. 2] is DENIED as moot.

Dated:  May 19, 2017                                s/Susan Richard Nelson
                                                                  SUSAN RICHARD NELSON
                                                                  United States District Judge